U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2018 OCT 10 P 12: 13

STEPHEN C. DRIES
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

　　　　　　Plaintiff,

v.

LEON S. BARNES, and
CHRISTOPHER E. LOVEJOY, Jr.,
a/k/a "Christopher J. Lovejoy,"
　　"Christopher M. Lovejoy,"
　　"Chose,"

　　　　　　Defendants.

Case No. 18-CR-
[18 U.S.C. §§ 1951(a) and (b),
924(c), 922(g)(1) and 2]

**18-CR-190**

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1.　　At all times material to this Indictment, Metro PCS, located at 1404 S. 11th Street in Milwaukee, Wisconsin, was a business engaged in the purchase and sale of articles and commodities in interstate commerce.

2.　　On or about August 12, 2018, in the State and Eastern District of Wisconsin,

**LEON S. BARNES and CHRISTOPHER E. LOVEJOY, Jr.,**
a/k/a "Christopher J. Lovejoy,"
"Christopher M. Lovejoy,"
"Chose,"

did unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by robbery, in that the defendants did unlawfully take and obtain United States currency belonging to Metro PCS from and in the presence of an employee of Metro PCS, against her will, by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Sections 1951(a), (b), and 2.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1. At all times material to this Indictment, Boost Mobile, located at 5004 W. Center Street in Milwaukee, Wisconsin, was a business engaged in the purchase and sale of articles and commodities in interstate commerce.

2. On or about August 15, 2018, in the State and Eastern District of Wisconsin,

**CHRISTOPHER E. LOVEJOY, Jr.,**
a/k/a "Christopher J. Lovejoy,"
"Christopher M. Lovejoy,"
"Chose,"

did unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by robbery, in that the defendant did unlawfully take and obtain United States currency and merchandise belonging to Boost Mobile from and in the presence of an employee of Boost Mobile, against his will, by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Section 1951(a), (b) and 2.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. At all times material to this Indictment, Metro PCS, located at 1404 S. 11th Street in Milwaukee, Wisconsin, was a business engaged in the purchase and sale of articles and commodities in interstate commerce.

2. On or about August 24, 2018, in the State and Eastern District of Wisconsin,

**LEON S. BARNES**

did unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by robbery, in that the defendant did unlawfully take and obtain United States currency belonging to Metro PCS from and in the presence of an employee at Metro PCS, against his will, by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Sections 1951(a) and (b).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 24, 2018, in the State and Eastern District of Wisconsin,

**LEON S. BARNES**

did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence, namely, Interfering with Commerce by Robbery, as alleged in Count Three of this Indictment, for which the defendant may be prosecuted in a court of the United States.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. At all times material to this Indictment, Cricket Mobile, located at 1225 S. Cesar Chavez Drive in Milwaukee, Wisconsin, was a business engaged in the purchase and sale of articles and commodities in interstate commerce.

2. On or about August 25, 2018, in the State and Eastern District of Wisconsin,

**LEON S. BARNES and CHRISTOPHER E. LOVEJOY, Jr.,**
a/k/a "Christopher J. Lovejoy,"
"Christopher M. Lovejoy,"
"Chose,"

did unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by robbery, in that the defendants did unlawfully take and obtain United States currency belonging to Cricket Mobile from and in the presence an employee at Cricket Mobile, against her will, by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Sections 1951(a), (b), and 2.

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 25, 2018, in the State and Eastern District of Wisconsin,

**LEON S. BARNES and CHRISTOPHER E. LOVEJOY, Jr.,**
a/k/a "Christopher J. Lovejoy,"
"Christopher M. Lovejoy,"
"Chose,"

did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence, namely, Interfering with Commerce by Robbery, as alleged in Count Five of this Indictment, for which the defendants may be prosecuted in a court of the United States.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT SEVEN

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about August 26, 2018, in the State and Eastern District of Wisconsin,

**LEON S. BARNES**

who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a silver, .380 caliber, Bryco Arms, semi-automatic pistol with serial number 614202.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

FOREPERSON
Date: 10-10-18

MATTHEW D. KRUEGER
United States Attorney